IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:      *      CASE NO.: 13-06637 MCF
JULIO A. CRUZ MARCANO      *
ILIAMARIS LOPEZ RUIZ      *
     *      CHAPTER 13
DEBTOR(S)      *

-----------------------------------------------------------

## AMENDED CHAPTER 13 PAYMENT PLAN

**TO THE HONORABLE COURT:**

**COMES NOW DEBTOR(S),** through the undersigned attorney and most respectfully states and pays as follows:

1. Debtors respectfully submit an Amended Chapter 13 Payment Plan, dated October 8, 2013.

2. This Amended Plan is filed to disclose that the Trustee will not make any disbursement to Reliable Financial, Claim 7, and to include the post-petition arrears with First Bank (payment for September).

WHEREFORE it is respectfully requested from this Honorable Court that notice be taken of the Amended Payment Plan.

CERTIFICATE OF SERVICE: I hereby certify that the foregoing motion has been filed with the Clerk of the court using the CM/ECF system that will electronically notify parties in interest, to Chapter 13 Trustee and US Trustee Office. Non CM/ECF participants that are interested parties will be notified by regular US Postal Service.

In Cayey, Puerto Rico this 8th day of October, 2013.

/s/Miriam A. Murphy Lightbourn
MIRIAM A. MURPHY LIGHTBOURN
USDC 202814
PO BOX 372519.
CAYEY, PUERTO RICO 00737
PHONE: 263-2377; FAX: 738-4667
EMAIL: mamurphyli82@gmail.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                              Case No. **13-6637**

**CRUZ MARCANO, JULIO ANGEL & LOPEZ RUIZ, ILIAMARIS**         Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____        ☑ AMENDED PLAN DATED: **10/08/2013**
☐ PRE ☐ POST-CONFIRMATION                Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **600.00** x **48** = $ **28,800.00**
$ **985.00** x **12** = $ **11,820.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **40,620.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **40,620.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,689.00**

Signed: **/s/ JULIO ANGEL CRUZ MARCANO**
         Debtor

         **/s/ ILIAMARIS LOPEZ RUIZ**
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **FIRST BANK**     Cr. **FIRST BANK**     Cr. _____
# **Claim 1**     # **Post-petition arrears**     # _____
$ **3,234.00**     $ **404.25**     $ _____
2. ☑ Trustee pays IN FULL Secured Claims: September
Cr. **ORIENTAL BANK**     Cr. _____     Cr. _____
# **Claim 9**     # _____     # _____
$ **23,392.28**     $ _____     $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
     **FIRST BANK**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
The Trustee will not make any disbursement to Reliable POC 07(third party).
LIFT OF STAY CAR LOAN - RELIABLE AND WILL PAY BY THIRD PARTY RAMON CRUZ MARCANO
Insurance for ORIENTTAL BANK collateral w/Universal Insurance Company upon Maturity date.
Late filed claims filed by creditors will receive no distribution. Debtor(s) to provide Adequate Protection Payments to ORIENTAL in the amount of $52.00 per month for eight months until confirmation.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Attorney for Debtor **Miriam A. Murphy Murphy Law Office**        Phone: **(787) 263-2377**

AMENDED CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| CRUZ MARCANO, JULIO ANGEL<br>URB LA PLATA<br>F 25 ALEJANDRINA CALLE 7<br>CAYEY, PR 00736 | DTOP<br>P O BOX 41269<br>SAN JUAN, PR 00940-1269 | RELIABLE FINANCIAL SERVICES<br>P O BOX 21382<br>SAN JUAN, PR 00928 |
| LOPEZ RUIZ, ILIAMARIS<br>URB. LA PLATA<br>F 25 ALEJANDRINA CALLE 7<br>CAYEY, PR 00736 | FIRST PREMIER BANK<br>P O BOX 5524<br>SIOUX FALLS, SD 57117-5524 | T MOBILE<br>P O BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 |
| Miriam A. Murphy<br>Murphy Law Office<br>PO BOX 372519<br>CAYEY, PR 00737-2519 | FIRST BANK<br>P O BOX 9146<br>SAN JUAN, PR 00908 | VALENTINE & KERBARTAS INC<br>P O BOX 5804<br>LAWRENCE, MA 01842 |
| AT & T MOBILITY<br>P O BOX 5087<br>CAROL STREAM, IL 60197-5087 | GATSBY<br>ROAD 156 KM 58 HM 8<br>CAGUAS, PR 00725 | |
| CITIBANK NA (SEARS CARD)<br>UNITED COLLECTION BUREAU INC<br>5620 SOUTHWYCK BLVD SUITE 206<br>TOLEDO, OH 43614 | GLOBAL CREDIT & COLLECTION CORP<br>DEPT 2417<br>P O BOX 101928<br>BRIMINGHAM, AL 35210 | |
| CITIFINANCIAL<br>300 SAINT PAUL ST BSP 13 A<br>BALTIMORE, MD 21202-2120 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 21126<br>PHILADELPHIA, PA 19114 | |
| COOP SAN JOSE<br>P O BOX 2020<br>AIBONITO, PR 00705 | INTERNATIONAL HOME PRODUCTS<br>P O BOX 363885<br>SAN JUAN, PR 00936 | |
| CRESCA CORPORATION<br>PMB 92<br>P O BOX 71325<br>SAN JUAN, PR 00936 | ISLAND FINANCE<br>P O BOX 71504<br>SAN JUAN, PR 00936 | |
| CRIM<br>DEPTO QUIEBRAS<br>P O BOX 195387<br>SAN JUAN, PR 00919 | LIBERTY CABLE<br>NUNEZ ROMEU<br>CAYEY, PR 00736 | |
| DEPARTAMENTO DE HACIENDA<br>DIVISION DE QUIEBRAS<br>PO BOX 901192<br>SAN JUAN, PR 00901 | ORIENTAL BANK<br>P O BOX 364745<br>SAN JUAN, PR 00936 | |